1  STEVEN M. SCHATZ (State Bar No. 118356)
   DAVID J. BERGER (State Bar No. 147645)
2  JOHN P. STIGI III (State Bar No. 208342)
   KENT W. EASTER (State Bar No. 199838)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100

6
   Attorneys for Defendants
7  CROSSWORLDS SOFTWARE, INC.,
   ANDREW W. LUDWICK, ALFRED J.
8  AMOROSO, COLIN F. RAYMOND, ALBERT
   A. PIMENTEL, KATRINA A. GARNETT and
9  TERENCE J. GARNETT

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

| | |
|---|---|
| IN RE CROSSWORLDS SOFTWARE, INC. SHAREHOLDER LITIGATION. | CASE NO.: C-02-01249-CW <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS' NOTICE OF RECENT AUTHORITY IN FURTHER OPPOSITION TO PLAINTIFFS' PENDING MOTION TO REMAND** <br><br> Date:  N/A <br> Time:  N/A <br> Before: Hon. Claudia Wilken |

Defendants CrossWorlds Software, Inc., Andrew W. Ludwick, Alfred J. Amoroso, Colin F. Raymond, Albert A. Pimentel, Katrina A. Garnett and Terence J. Garnett (collectively, "Defendants") respectfully submit, in further opposition to plaintiffs' pending Motion to Remand Plaintiffs' First Consolidated Amended Complaint for Breach of Fiduciary Duty, the following recent decisions from the United States Supreme Court and the United States Court of Appeals for the Eleventh Circuit:

1. *Securities & Exchange Commission v. Zandford*, 122 S. Ct. 1899 (June 3, 2002) (a copy of which is attached hereto as Exhibit A); and

2. *Riley v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, __ F.3d. __, No. 01-16150, 2002 WL 1270174 (11th Cir. June 7, 2002) (a copy of which is attached hereto as Exhibit B).

These recent decisions were issued after the conclusion of briefing on the instant motion. They confirm defendants' showing that the phrase "in connection with" as used in the Securities Litigation Uniform Standards Act of 1998 should be construed broadly, and at least as broadly as the same language is construed in the Section 10(b) of the Securities Exchange Act of 1934.

Dated: June 19, 2002

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   s/ John P. Stigi III
     John P. Stigi III

Attorneys for Defendants
CROSSWORLDS SOFTWARE, INC.,
ANDREW W. LUDWICK, ALFRED J.
AMOROSO, COLIN F. RAYMOND,
ALBERT A. PIMENTEL, KATRINA A.
GARNETT and TERENCE J. GARNETT